UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDERSON BUCKMIRE and JUSTIN NARDONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LASERSHIP, INC.,<br><br>Defendant. | Case No. 1:20-cv-01493-RDA-IDD<br><br>Hon. Rossie D. Alston, Jr. |

**MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant LaserShip, Inc. (LaserShip), moves for leave to file a response to Plaintiffs' Notice of Supplemental Authority.

1. On January 13, 2021, LaserShip filed its Motion to Compel Arbitration. ECF No. 20. On January 28, 2021, Plaintiffs filed their Response in Opposition to the Motion to Compel Arbitration. ECF No. 22. On February 2, 2021, LaserShip filed its Reply in Support of its Motion to Compel Arbitration. ECF No. 23.

2. On August 25, 2021, Plaintiffs filed a Notice of Supplemental Authority in support of their opposition. ECF No. 24.

3. Under Local Rule 7(F)(1), after the reply brief is filed, "[n]o further briefs or written communications may be filed without first obtaining leave of Court."

4. LaserShip respectfully requests leave to file a response to Plaintiffs' Notice of Supplemental Authority. LaserShip's proposed response is being filed concurrently with this motion for leave. LaserShip waives oral argument on this motion.

5. Counsel for LaserShip conferred with Plaintiffs' counsel regarding this motion for leave. Plaintiffs' counsel stated Plaintiff does not oppose the motion for leave and does not intend to seek oral argument on the motion.

WHEREFORE, LaserShip requests that the Court grant its motion for leave to file a response to Plaintiffs' Notice of Supplemental Authority.

Dated: September 2, 2021

Respectfully submitted,

*/s/ Kim D. Mann*
Kim D. Mann (Virginia Bar No. 25672)
SCOPELITIS, GARVIN, LIGHT, HANSON &
FEARY, P.C.
4601 N. Fairfax Drive, Suite 720
Arlington, VA 22203
Tel: (202) 551-9025
Fax: (206) 527-2362
kmann@scopelitis.com

Adam C. Smedstad, admitted *pro hac vice*
SCOPELITIS, GARVIN, LIGHT, HANSON &
FEARY, P.C.
3214 W. McGraw Street, Suite 301F
Seattle, WA 98199
Tel: (206) 288-6192
Fax: (206) 299-9375
asmedstad@scopelitis.com

Andrew J. Butcher, admitted *pro hac vice*
SCOPELITIS, GARVIN, LIGHT, HANSON &
FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224
abutcher@scopelitis.com

James A. Eckhart, admitted *pro hac vice*
S<small>COPELITIS</small>, G<small>ARVIN</small>, L<small>IGHT</small>, H<small>ANSON</small> &
F<small>EARY</small>, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414
jeckhart@scopelitis.com

Attorneys for Defendant,
LASERSHIP, INC.

4815-2344-6009, v. 2