## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**ANDERSON BUCKMIRE and JUSTIN NARDONE, individually and on behalf of all others similarly situated,**

                        **Plaintiffs,**

**v.**

**LASERSHIP, INC.,**

                        **Defendant.**

No.  1:20-cv-01493-PTG-IDD

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(G), the undersigned moves to withdraw as counsel for Plaintiffs. Mark Hanna, Harold Lichten, and Michelle Cassorla will continue to act as counsel for Plaintiffs in this matter. A proposed order is attached.

Dated: April 12, 2022

Respectfully submitted,

*/s/ Roseann R. Romano*
Roseann R. Romano (Va. Bar 96744)
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620
Fax: (202) 296-9600
rromano@murphypllc.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2022, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ *Roseann R. Romano*
Roseann R. Romano