UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDERSON BUCKMIRE and JUSTIN NARDONE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>LASERSHIP, INC.,<br><br>      Defendant. | Civil Action No. 1:20-cv-01493-PTG-IDD |

## ORDER

This matter is before the Court on Roseann Romano's Motion to Withdraw as Counsel ("Motion") [Dkt. No. 29]. Upon consideration of the Motion and it appearing that all requirements of Local Civil Rule 83.1(G) have been satisfied, it is hereby

ORDERED that the Motion is **GRANTED**; and it is further

ORDERED that Attorney Roseann R. Romano is hereby deemed withdrawn as counsel for Plaintiffs in this action.

April 14, 2022

Alexandria, Virginia

/s/ Ivan D. Davis
_____
Ivan D. Davis
United States Magistrate Judge